JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JESSICA SCOTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>JESSICA SCOTT et al,<br><br>                    Defendant. | Case No. CR 15-514 CRB [NJV]<br><br>**JESSICA SCOTT'S *EX PARTE* APPLICATION FOR MODIFICATION OF ORDER PERMITTING TRAVEL OUT OF DISTRICT**<br>**[Proposed] Order** |

I, Julia Mezhinsky Jayne, declare:

1. I represent Defendant Jessica Scott in the above-entitled matter. She is currently released on an unsecured $50,000 bond. Ms. Scott was approved to travel to Las Vegas, Nevada from June 17-20, 2016 for the birthday of her significant other. Ms. Scott requests a slight modification to the Court's order and instead requests travel to Reno, Nevada from June 20-22, 2016.

2. I have spoken with Pretrial Services Officer Nelson Barao, who monitors and supervises Ms. Scott. He has no objection to this request.

3. I have also contacted AUSA Adam Wright, who informed me that he also has no objection to Ms. Scott's proposed travel.

4. Based on the foregoing, I respectfully request that the conditions of Ms. Scott's

release be modified so that she may be permitted to travel to Reno, Nevada from June 20-22, 2016. All other conditions of Ms. Scott's release shall remain the same. Furthermore, Ms. Scott shall inform her pretrial services officer of all travel-related details.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 7, 2016   /S/_____
Julia Mezhinsky Jayne
Attorney for Defendant
Jessica Scott

**[PROPOSED] ORDER**

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Jessica Scott's release shall be modified as follows:

Ms. Scott is permitted to travel to Reno, Nevada from June 20-22, 2016. All other terms and conditions of her release shall remain the same.

DATED: 6/8/2016   _____
Hon. Nandor J. Vadas
United States Magistrate Judge
Northern District of California

**EX PARTE TRAVEL APPLICATION, CASE NO. CR 15-514 CRB**