JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JESSICA SCOTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JESSICA SCOTT et al,<br><br>            Defendant. | Case No. CR 15-514 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

This matter is set for a status conference on December 14, 2016. Counsel for defendant Jessica Scott and the government request that this status conference be continued to March 7, 2017 at 2:00 p.m.

The reason for the continuance is due to the Court's unavailability on December 14, 2016. Counsel are not available on the two January, 2017 dates presently available on the court's calendar. Accordingly, the earliest date available to the Court and counsel is March 7, 2017.

Defense and government counsel continue to discuss possible resolution of their respective cases. The parties therefore request additional time to prepare their cases and agree that time should appropriately be excluded for effective preparation of counsel from December 14, 2016 through March 7, 2017 for the above-stated reasons.

In addition, the defendants agree to exclude for these periods of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance is necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

BRIAN STRETCH
United States Attorney

DATED: December 7, 2016                          /s/
LAURA VARTAIN HORN
Assistant United States Attorney


DATED: December 7, 2016                          /s/
JULIA JAYNE
Attorney for JESSICA SCOTT

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING. CR 15-514 CRB**

Based upon the stipulation of the parties to continue the status conference currently set for December 15, 2016 is continued to March 7, 2017 at 2:00 p.m.

**IT IS HEREBY ORDERED** that the hearing be continued to March 7, 2017 at 2:00 p.m.

Based upon the representation of counsel and for good cause shown, the Court further finds that failing to exclude the time between December 14, 2016 and March 7, 2017 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 14, 2016 and March 7, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between December 14, 2016 and March 7, 2017 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv).

DATED: 12/08/2016

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING. CR 15-514 CRB**