1

2  JULIA M. JAYNE (State Bar No. 202753)
   E-Mail:  *julia@jaynelawgroup.com*
3  JAYNE LAW GROUP, P.C.
   260 California Street, Suite 1001
   San Francisco, California 94111
4  Telephone: (415) 623-3600
   Facsimile: (415) 623-3605
5
   Attorneys for Defendant
6  JESSICA SCOTT

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,                Case No. CR 15-514 CRB [NJV]

12            Plaintiff,                     **JESSICA SCOTT'S** *EX PARTE*
                                             **APPLICATION FOR ORDER**
13       v.                                  **PERMITTING TRAVEL OUT OF**
                                             **DISTRICT**
14  JESSICA SCOTT et al,                     **[~~Proposed~~] Order**

15            Defendant.

16

17        I, Julia Mezhinsky Jayne, declare:

18        1.    I represent Defendant Jessica Scott in the above-entitled matter.  She is currently

19  released on an unsecured $50,000 bond. The purpose of this application is to request that Ms.

20  Scott be permitted to travel to Los Angeles from December 30, 2016 through January 2, 2017 for a

21  trip with her significant other.

22        2.    I have spoken with Pretrial Services Officer Nelson Barao, who monitors and

23  supervises Ms. Scott. He has no objection to this request.

24        3.    I have also contacted AUSA Laura Vartain, who informed me that she also has no

25  objection to Ms. Scott's proposed travel.

26        4.    Based on the foregoing, I respectfully request that the conditions of Ms. Scott's

27  release be modified so that she may be permitted to travel to Los Angeles from December 30,

28

LAW OFFICES
JAYNE LAW GROUP, P.C.
260 CALIFORNIA STREET, SUITE 1001
SAN FRANCISCO, CALIFORNIA 94111

---

**EX PARTE TRAVEL APPLICATION, CASE NO. CR 15-514 CRB**

1  2016 through January 2, 2017. All other conditions of Ms. Scott's release shall remain the same.

2  Furthermore, Ms. Scott shall inform her pretrial services officer of all travel-related details.

3        I declare under penalty of perjury under the laws of the United States that the foregoing is

4  true and correct.

5

6  Dated: December 14, 2016                         /S/_____
                                                    Julia Mezhinsky Jayne
7                                                   Attorney for Defendant
                                                    Jessica Scott
8

9

10                              **[PROPOSED] ORDER**

11

Based on the foregoing, and good cause appearing:

12        **IT IS HEREBY ORDERED** that the conditions of Defendant Jessica Scott's release shall

13  be modified as follows:

14        Ms. Scott is permitted to travel to Los Angeles from December 30, 2016 through January

15  2, 2017.  All other terms and conditions of her release shall remain the same.

16

17

18  DATED: 12/15/2016          _____

19                             Hon. Nandor J. Vadas
                               United States Magistrate Judge
20                             Northern District of California

21

22

23

24

25

26

27

28

---

**EX PARTE TRAVEL APPLICATION, CASE NO. CR 15-514 CRB**

LAW OFFICES
JAYNE LAW GROUP, P.C.
260 CALIFORNIA STREET, SUITE 1001
SAN FRANCISCO, CALIFORNIA 94111