JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
260 California Street, Suite 1001
San Francisco, California 94111
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JESSICA SCOTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JESSICA SCOTT et al,<br><br>              Defendant. | Case No. CR 15-514 CRB [NJV]<br><br>**JESSICA SCOTT'S *EX PARTE* APPLICATION FOR ORDER PERMITTING TRAVEL OUT OF DISTRICT**<br>[~~Proposed~~] **Order** |

I, Julia Mezhinsky Jayne, declare:

1. I represent Defendant Jessica Scott in the above-entitled matter. She is currently released on an unsecured $50,000 bond. The purpose of this application is to request that Ms. Scott be permitted to travel to Columbus, Georgia from May 16-23, 2017 with her partner to attend a wedding. The court previously approved this travel through May 22nd. Ms. Scott requests one additional day, to May 23rd, so as to obtain a less expensive return flight.

2. I have spoken with Pretrial Services Officer Nelson Barao, who monitors and supervises Ms. Scott. He has no objection to this request.

3. I have also contacted AUSA Laura Vartain, who informed me that she also has no objection to Ms. Scott's proposed travel.

4. Based on the foregoing, I respectfully request that the conditions of Ms. Scott's

release be modified so that she may be permitted to travel to Columbus, Georgia from May 16-23, 2017. All other conditions of Ms. Scott's release shall remain the same. Furthermore, Ms. Scott shall inform her pretrial services officer of all travel-related details.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 26, 2017

/S/_____
Julia Mezhinsky Jayne
Attorney for Defendant
Jessica Scott

## [~~PROPOSED~~] ORDER

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Jessica Scott's release shall be modified as follows:

Ms. Scott is permitted to travel to Columbus, Georgia from May 16-23, 2017. All other terms and conditions of her release shall remain the same.

DATED: 4/27/2017

_____
Hon. Nandor J. Vadas
United States Magistrate Judge
Northern District of California

LAW OFFICES
JAYNE LAW GROUP, P.C.
260 CALIFORNIA STREET, SUITE 1001
SAN FRANCISCO, CALIFORNIA 94111